## Okoronkwo, Savannah

| | |
|---|---|
| **From:** | Okoronkwo, Savannah |
| **Sent:** | Thursday, October 14, 2021 9:55 AM |
| **To:** | Meryl Nass |
| **Cc:** | Miller, Michael |
| **Subject:** | RE: CR21-191 - Notice of Complaint - Board of Medicine |
| **Attachments:** | CR21-191 Complainants Interview Transcript.pdf; The Fauci Cabal Archives – Meryl Nass MD.pdf; Website Screenshots.pdf; Meryl Nass MD – Truth in the Age of Covid Website.pdf; Suppression of Covid Treatments Archives – Meryl Nass MD.pdf; CR21-191 Complainants Interview Transcript.pdf |
| **Importance:** | High |

Good Morning Dr. Nass,

Thank you for your patience and apologies if there was any confusion with respect to the Board of Licensure in Medicine's ("the Board") complaint process. To clarify, Board staff (and not its members) initially review the complaints received and make the determination of whether there is a potential violation of Board Statutes or rules. The basis here for the Board's jurisdiction is that there is alleged unprofessional conduct, particularly where you have communicated in your capacity as a physician in the interview and on the website that could allow for patients and the public to view the information you provide as misleading and/or inaccurate. Please refer to the American Medical Association (AMA) Code of Medical Ethics for provisions that apply in contexts other than a patient clinical setting. If you have additional questions and concerns regarding the Board's jurisdiction to investigate the complaint, please contact Board legal counsel Assistant Attorney General Michael Miller who is copied on this email.

In addition to responding to the complaint, please confirm that the attached screen shots and website pages are maintained by you and state whether you have provided any of this information or access to the website to any of your patients. Following receipt of this supplemental information, you must respond to the complaint and provide the required information on or before November 13, 2021. Again, please note that failure to respond to a complaint notification may by itself constitute grounds for discipline pursuant to 32 M.R.S. § 3282-A(2)(R).

Please confirm by responding to this email that you have received this correspondence.

Respectfully,

Savannah Okoronkwo
Investigative Secretary
Maine Board of Licensure in Medicine
Tel: (207) 287-3625
Fax: (207) 287-6590
www.maine.gov/md

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy/delete all copies of the original message.