## Wilson, Lisa A

| | |
|---|---|
| **From:** | Okoronkwo, Savannah |
| **Sent:** | Wednesday, January 12, 2022 2:57 PM |
| **To:** | meryl nass |
| **Subject:** | Board of Medicine - Notice of Subpoenas - CR21-191, CR21-210, & CR22-4 |
| **Attachments:** | 01.12.22 Meryl Nass, MD Medical Records Subp CR21-191, 210, CR22-4.pdf; 01.12.22 Meryl Nass, MD 2nd Medical Records Subp CR21-191, 210, CR22-4.pdf |
| **Importance:** | High |

Dear Dr. Nass,

Please see attached two subpoenas with respect to patients and medical records, accompanied by cover letters which are being transmitted solely via email. As outlined in the subpoena, these patient medical records are due on or before January 27, 2022.

*Please confirm receipt.*

Respectfully,

*Savannah Okoronkwo*
Investigative Secretary
Maine Board of Licensure in Medicine
Tel: (207) 287-3625
Fax: (207) 287-6590
www.maine.gov/md

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy/delete all copies of the original message.



STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE
137 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0137

Janet T. Mills
GOVERNOR

Maroulla S. Gleaton, MD
CHAIR

Dennis E. Smith, JD
EXECUTIVE DIRECTOR

Timothy E. Terranova
ASSISTANT EXECUTIVE DIRECTOR

January 12, 2022

*Via Email*

Meryl Nass, M.D.
210 Main Street Ste 13
Ellsworth, ME 04605-1701

To Whom It May Concern,

I am writing to you in my capacity as the Investigative Secretary for the Board of Licensure in Medicine ("the Board"). The Board is conducting an investigation and requests that you provide the medical records indicated on the enclosed subpoena on or before **January 27, 2022.**

In light of COVID-19 and remote working conditions, the Board requests that all communications with the Board be limited to email or fax submissions. Thank you for your anticipated cooperation with this request, which is designed to ensure the safety and well-being of our community.

**Please ensure that the requested records are provided in a chronological order, beginning with the initial visit. Copies of the medical records may be submitted by any of the following methods:**

1. Email records using a secured method to Savannah.Okoronkwo@maine.gov; or
2. Efax or fax to 207-287-6590.

If you have any questions regarding this request, please contact Savannah Okoronkwo at 207-287-3625 or Savannah.Okoronkwo@maine.gov.

Sincerely,

*Savannah Okoronkwo*

Savannah Okoronkwo
Investigative Secretary
Maine Board of Licensure in Medicine

Board Staff Exhibits 2462

STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE

IN RE: )
BOARD INVESTIGATION ) SUBPOENA DUCES TECUM
CR21-191, CR21-210, CR22-4 )

To: Meryl Nass, M.D.
210 Main Street Ste 13
Ellsworth, ME 04605-1701

YOU ARE HEREBY ORDERED, pursuant to 5 M.R.S. § 9060, 10 M.R.S. § 8003-A and 32 M.R.S. § 3282-A, and as authorized by 22 M.R.S. §§ 1711-C(6)(F-1, F-2, H, & I) and 45 C.F.R. S§ 164.512(a), (d) and (e), in the name of the State of Maine Board of Licensure in Medicine, to produce on or before **January 27, 2022** at the Offices of the Maine Board of Licensure in Medicine, 137 State House Station, 161 Capitol Street, Augusta, Maine, 04333-0137, the following:

1. Your patient appointment calendar from July 1, 2021 to the present; and

2. A list of all patients you have seen and treated (in-person and via telehealth) from July 1, 2021 to the present.

**In lieu of producing original records, you may at your own expense on or before that date send to Savannah Okoronkwo, Maine Board of Licensure in Medicine, State House Station 137, Augusta, Maine 04333-0137 copies of all such records, certifying that the copies are complete and accurate copies.**

NOTICE: This subpoena was issued at the request of the staff of the Maine Board of Licensure in Medicine in furtherance of an investigation that it is conducting. A statement of your rights and duties pursuant to this subpoena is set out in 5 M.R.S.A. §9060(1)(C) and (D). If you object to the subpoena, you must petition the Board to vacate or modify the subpoena within fourteen (14) days of the date you are served with this subpoena, or before the time specified for compliance if such time is less than 14 days after service. In the event you so petition the Board, the Board shall give prompt notice to the party who requested issuance of the subpoena. After such investigation as the Board considers appropriate, it may grant the petition in whole or in part upon a finding that the testimony or the evidence whose production is required does not relate with reasonable directness to any matter in question, or that a subpoena for the attendance of a witness or the production of evidence is unreasonable or oppressive or has not been issued within a reasonable period in advance of the time when the evidence is requested.

PLEASE TAKE NOTICE that failure to comply with the commands of this Subpoena Duces Tecum shall result in imposition of sanctions as provided by law.

Dated: January 12, 2022
Augusta, Maine

By: _____
Dennis E. Smith
Executive Director
Maine Board of Licensure in Medicine
State House Station 137
Augusta, ME  04333-0137
(207) 287-6930



STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE
137 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0137

Maroulla S. Gleaton, MD
CHAIR

Dennis E. Smith, JD
EXECUTIVE DIRECTOR

Timothy E. Terranova
ASSISTANT EXECUTIVE DIRECTOR

Janet T. Mills
GOVERNOR

January 12, 2022

*Via Email*

Meryl Nass, M.D.
210 Main Street Ste 13
Ellsworth, ME 04605-1701

To Whom It May Concern,

I am writing to you in my capacity as the Investigative Secretary for the Board of Licensure in Medicine ("the Board"). The Board is conducting an investigation and requests that you provide the medical records indicated on the enclosed subpoena on or before **January 27, 2022.**

In light of COVID-19 and remote working conditions, the Board requests that all communications with the Board be limited to email or fax submissions. Thank you for your anticipated cooperation with this request, which is designed to ensure the safety and well-being of our community.

**Please ensure that the requested records are provided in a chronological order, beginning with the initial visit. Copies of the medical records may be submitted by any of the following methods:**

1. **Email records using a secured method to** Savannah.Okoronkwo@maine.gov; **or**
2. **Efax or fax to 207-287-6590.**

If you have any questions regarding this request, please contact Savannah Okoronkwo at 207-287-3625 or Savannah.Okoronkwo@maine.gov.

Sincerely,

Savannah Okoronkwo

Savannah Okoronkwo
Investigative Secretary
Maine Board of Licensure in Medicine

**Board Staff Exhibits 2464**

STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE

IN RE: )
BOARD INVESTIGATION ) SUBPOENA DUCES TECUM
CR21-191, CR21-210, CR22-4 )

To: Meryl Nass, M.D.
210 Main Street Ste 13
Ellsworth, ME 04605-1701

YOU ARE HEREBY ORDERED, pursuant to 5 M.R.S. § 9060, 10 M.R.S. § 8003-A and 32 M.R.S. § 3282-A, and as authorized by 22 M.R.S. §§ 1711-C(6)(F-1, F-2, H, & I) and 45 C.F.R. S§ 164.512(a), (d) and (e), in the name of the State of Maine Board of Licensure in Medicine, to produce on or before **January 27, 2022** at the Offices of the Maine Board of Licensure in Medicine, 137 State House Station, 161 Capitol Street, Augusta, Maine, 04333-0137, the complete medical record (including but not limited to all ER admission and discharge summaries, outpatient, inpatient, consults, progress notes, phone notes, laboratory and test results) for the following patients for treatment occurring **July 1, 2020 to the present:**

DOB: ᛫
DOB: ᛫

**In lieu of producing original records, you may at your own expense on or before that date send to Savannah Okoronkwo, Maine Board of Licensure in Medicine, State House Station 137, Augusta, Maine 04333-0137 copies of all such records, certifying that the copies are complete and accurate copies.**

NOTICE: This subpoena was issued at the request of the staff of the Maine Board of Licensure in Medicine in furtherance of an investigation that it is conducting. A statement of your rights and duties pursuant to this subpoena is set out in 5 M.R.S.A. §9060(1)(C) and (D). If you object to the subpoena, you must petition the Board to vacate or modify the subpoena within fourteen (14) days of the date you are served with this subpoena, or before the time specified for compliance if such time is less than 14 days after service. In the event you so petition the Board, the Board shall give prompt notice to the party who requested issuance of the subpoena. After such investigation as the Board considers appropriate, it may grant the petition in whole or in part upon a finding that the testimony or the evidence whose production is required does not relate with reasonable directness to any matter in question, or that a subpoena for the attendance of a witness or the production of evidence is unreasonable or oppressive or has not been issued within a reasonable period in advance of the time when the evidence is requested.

PLEASE TAKE NOTICE that failure to comply with the commands of this Subpoena Duces Tecum shall result in imposition of sanctions as provided by law.

Dated: January 12, 2022
Augusta, Maine

By/s/
Dennis E. Smith
Executive Director
Maine Board of Licensure in Medicine
State House Station 137
Augusta, ME 04333-0137
(207) 287-6930

**Board Staff Exhibits 2465**