| | |
|---|---|
| From: | Best, Julie A. |
| To: | merylnass@gmail.com |
| Subject: | Board Meeting Follow Up re. CR21-191. CR21-210. CR22-4 |
| Date: | Thursday, January 13, 2022 12:56:00 PM |
| Attachments: | CR21-191.CR21-210.CR22-4 FI LTR - Nass.pdf |
| Importance: | High |

Dear Dr. Nass,

Please see the attached correspondence in the matters of CR21-191, CR21-210, and CR22-4. This information is being provided to you by email only. Please confirm receipt. Thank you.

Sincerely,


Julie Best
Complaint Coordinator
Maine Board of Licensure in Medicine
161 Capitol Street,
137 State House Station,
Augusta, ME 04333-0137

Telephone: (207) 461-5001
Fax: (207) 287-6590

**Confidentiality Notice:** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited . If you are not the intended recipient, please contact the sender by reply e-mail and destroy/delete all copies of the original message*



STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE
137 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0137

Maroulla S. Gleaton, MD
CHAIR

Dennis E. Smith, JD
EXECUTIVE DIRECTOR

Timothy E. Terranova
ASSISTANT EXECUTIVE DIRECTOR

Janet T. Mills
GOVERNOR

**Via Email**

January 13, 2022

Meryl J. Nass, M.D.
45 Beals Ave
Ellsworth, ME 04605

**RE:   Meryl J. Nass,  M.D. – (CR21-191) (CR21-210) (CR22-4)**

Dear Dr. Nass:

The Maine Board of Licensure in Medicine (Board) met on January 11, 2022 and discussed the above-mentioned complaints. As a result, the Board requested that you provide a written response to the following questions:

1. Please describe your clinical practice in the state of Maine.
1. How many patients do see on average each week? Do you see the patients in-person or by telehealth? What percentage of patients do you see in-person vs. telehealth? Have you had telehealth visits with patients solely by phone? Have you diagnosed any patients with Covid-19 during a telehealth visit with a patient solely by phone? If so, was the patient an existing patient of yours – or a new patient you had never seen before? If the patient was a new patient, how did you make your diagnosis? Was there a physical examination performed as part of that diagnosis? Please provide explanations.
2. Do you provide telehealth visits to people who do not live in Maine? If yes, is this by phone only or is there a video component?
3. Do you have an electronic medical record for documentation? Please explain.
4. Are you a solo practitioner or do you work with other providers? What office staff and support staff work with you?
5. Do you have active medical staff privileges at a Maine hospital? If so, which one(s)? If not, when was the last time that you had active medical staff privileges at a Maine hospital?
6. How do new patients learn about you and connect with you? Please explain.
7. Do you practice primary care internal medicine or do you only do COVID consultations? Please explain.
8. Are you credentialed with any insurance companies or do you accept cash payment only?
9. Please describe the COVID protocols that you follow in your clinical practice.
10. Do you offer COVID vaccines in your office? If no, please explain how do you counsel patients who request COVID vaccination.
11. Do you supply vaccine exemption forms? In what circumstances? Please provide copies of any vaccine exemption documentation.
12. Please describe the information that you give to patients regarding COVID vaccination.
13. Please provide documentation of the data are you using to support your claim that ivermectin and hydroxychloroquine are effective treatments against COVID 19.

**Board Staff Exhibits 2471**

January 13, 2022
Page 2

14. You asserted in your interview, that people who have already had COVID, who are then vaccinated, are at higher risk of having long term negative consequences to their immunity. Please site the medical literature that supports this claim.
15. You asserted that the United States Federal Government has a special deal with the military, suggesting a loophole was created to vaccinate military personnel against their wishes. Please provide evidence to support this claim.
16. You indicated that children are receiving COVID vaccination without parental consent. Please provide supporting data for this claim.
17. You indicated that the vaccine bottles are being mislabeled as Comirnaty. Please provide evidence to support this claim.
18. Please describe your experience in medical research. Have you participated in any approved research trials of either medications or vaccines? If so – when and where (what was the name of the research team)? Have you ever been published in a peer-reviewed publication regarding vaccines? If so – when and which publications? Have you ever been published in a peer-reviewed publication regarding Covid-19 treatments? If so – when and which publications? Please provide copies of any publications.
19. Please provide the citations for the rate of myocarditis you quoted as well as the rate of immunity in children in June 2021.
20. Please confirm whether you made the following statements: "you are the guinea pigs and they are not collecting the data" "nobody should get these shots" "a criminal organization is running things" "National walk-out day. Don't go to work. Do not cooperate. Don't wear masks". Please explain.
21. On your blog you write "if you did not know that CDC is a criminal agency by now, this ought to get you going. Remember, COVID vaccines are associated with high rates of miscarriages". Please provide the medical data that supports this statement.
22. You indicated it is illegal to authorize EUAs for these vaccines because there are drugs that can prevent the disease and can treat it. The examples you gave include Ivermectin and hydroxychloroquine, Tricor, Cyproheptadine, as well as combinations of H1H2 blockers. Please cite the evidence you are using to support the effectiveness of these medications for the prevention and treatment of COVID 19.
23. Are you using any of the approved monoclonal antibodies or approved antivirals to treat patients with COVID? If not, please explain?
24. What informed consent do you use when prescribing off label medications? Please send an example.
25. One of the reports included a concern that you did not contact another provider who was caring for the patient to coordinate care. Please explain why you didn't communicate with the provider. Please describe how you usually coordinate care with other providers who are also caring for your patients.

Please provide answers to the questions above within 30 days from receipt of this letter. Should you have any questions, I may be reached at 207-461-5001or at Julie.a.best@maine.gov.

Sincerely,

*Julie Best*

Julie Best
Consumer Outreach Specialist

**Board Staff Exhibits 2472**