STATE OF MAINE
BOARD OF LICENSURE IN MEDICINE

| IN RE:<br><br>**MERYL J. NASS, M.D.**<br>COMPLAINT NOS. CR21-191, CR21-210, AND CR22-4 | **BOARD STAFF NOTICE OF WITHDRAWAL OF SELECTED GROUNDS OF ALLEGED VIOLATION AND RELATED EXHIBITS** |
|---|---|

  Board Staff hereby withdraws the following grounds of violation alleged in the Amended Notice of Hearing (March 22, 2022):

Ground III.

Ground X.

Ground XV.

Ground XVI.

Ground XVII.

  In order to narrow the issues and exhibits, Board Staff voluntarily withdraws proposed Staff Exhibits 117-119, 120, & 122. As discussed further in the contemporaneous Responses to Respondent Objections to Staff Exhibits, Board Staff intends to promulgate an amended exhibit list that will reflect these exhibits being withdrawn.

Dated this 14th day of September 2022.

            /s/ *Timothy Steigelman*
            Timothy Steigelman, AAG
            Lisa Wilson, AAG
            Jennifer Willis, AAG
            Office of the Attorney General
            6 State House Station
            Augusta, ME 04333
            timothy.steigelman@maine.gov
            207.626.8800