# EXHIBIT A

MERYL J NASS MD - PLAINTIFF
45 BEALS AVE
ELLSWORTH ME 04605

Attorney for: MERYL J NASS MD
DAVID BAUER  - WITHDRAWN 04/08/2022
DAVID E BAUER ESQ
622 CONGRESS STREET #5198
PORTLAND ME 04102

Attorney for: MERYL J NASS MD
GENE LIBBY  - RETAINED 06/03/2022
LIBBY O'BRIEN KINGSLEY & CHAMPION LLC
62 PORTLAND RD STE 17
KENNEBUNK ME 04043

Attorney for: MERYL J NASS MD
FLOYD R JENKINS JR - WITHDRAWN 04/08/2022
F.R. JENKINS ESQ.
97A EXCHANGE STREET, SUITE 202
PORTLAND ME 04101


v.

SUSAN DENCH (DISMISSED)  - DEFENDANT

Attorney for: SUSAN DENCH (DISMISSED)
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

HOLLY FANJOY MD - DEFENDANT

Attorney for: HOLLY FANJOY MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

RENEE FAY LEBLANC MD - DEFENDANT

Attorney for: RENEE FAY LEBLANC MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

NOEL GENOVA PA - DEFENDANT

SUPERIOR COURT
KENNEBEC, ss.
Docket No        AUGSC-CV-2022-00021

DOCKET RECORD

A TRUE COPY
ATTEST: _____
         Clerk

Attorney for: NOEL GENOVA PA
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

NOEL GENOVA PA - DEFENDANT

Attorney for: NOEL GENOVA PA
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

FREDERICK GOGGANS MD - DEFENDANT

Attorney for: FREDERICK GOGGANS MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

GREGORY JAMISON MD - DEFENDANT

Attorney for: GREGORY JAMISON MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

NOAH NESIN MD - DEFENDANT

Attorney for: NOAH NESIN MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

BRAD WADDELL MD - DEFENDANT

Attorney for: BRAD WADDELL MD
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

LYNNE WEINSTEIN  - DEFENDANT

AUGSC-CV-2022-00021
DOCKET RECORD

Attorney for: LYNNE WEINSTEIN
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

CHRISTOPHER ROSS PA - DEFENDANT

Attorney for: CHRISTOPHER ROSS PA
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

STATE OF MAINE BOARD OF LICESNSURE IN MED - DEFENDANT

Attorney for: STATE OF MAINE BOARD OF LICESNSURE IN MED
MICHAEL B MILLER  - RETAINED
ATTORNEY GENERAL OFFICE OF AG
111 SEWALL STREET
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

| | | |
|---|---|---|
| Filing Document: COMPLAINT | Minor Case Type: | DECLARATORY JUDGMENT |
| Filing Date: 02/10/2022 | | |

Docket Events:

02/10/2022   FILING DOCUMENT - COMPLAINT FILED   ON 02/10/2022

02/11/2022   Party(s):   MERYL J NASS MD
             ATTORNEY - RETAINED ENTERED   ON 02/10/2022
             Plaintiff's Attorney: FLOYD R JENKINS JR

02/11/2022   Party(s):   MERYL J NASS MD
             MOTION - MOTION TO ADMIT VISIT. ATTY FILED   ON 02/10/2022          MOTION FOR
             WITH MEMORANDUM OF LAW, DRAFT ORDER, NOTICE OF HEARING
             ADMISSION PRO HAC VICE JACQUES G SIMON, ESQ

02/11/2022   Party(s):   MERYL J NASS MD
             MOTION - MOTION TO WAIVE ADR FILED   ON 02/10/2022
             Plaintiff's Attorney: FLOYD R JENKINS JR

02/11/2022   Party(s):   MERYL J NASS MD
             MOTION - MOTION PRELIMINARY INJUNCTION FILED   ON 02/10/2022
             Plaintiff's Attorney: FLOYD R JENKINS JR
             WITH MEMORANDUM OF LAW, DRAFT ORDER, NOTICE OF HEARING

02/11/2022   Party(s):   MERYL J NASS MD
             MOTION - TEMP RESTRAINING ORDER FILED   ON 02/10/2022
             Plaintiff's Attorney: FLOYD R JENKINS JR
             WITH MEMORANDUM OF LAW, DRAFT ORDER, NOTICE OF HEARING

| | | |
|---|---|---|
| 02/14/2022 | Party(s): MERYL J NASS MD | |
| | OTHER FILING - ENTRY OF APPEARANCE FILED ON 02/10/2022 | |
| | Defendant's Attorney: DAVID BAUER | |
| | ENTRY OF APPEARANCE FOR PL MERYL NASS MD | DAVID BAUER ESQ 3609 |

02/15/2022   Party(s):   MERYL J NASS MD
             ATTORNEY - RETAINED ENTERED ON 02/10/2022
             Plaintiff's Attorney: DAVID BAUER

02/17/2022   Party(s):   MERYL J NASS MD
             MOTION - MOTION FOR LEAVE FILED ON 02/16/2022
             Plaintiff's Attorney: DAVID BAUER
             PL MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITATIONS

02/18/2022   Party(s):   STATE OF MAINE BOARD OF LICESNSURE IN MED
             OTHER FILING - ENTRY OF APPEARANCE FILED ON 02/18/2022
             Defendant's Attorney: MICHAEL B MILLER

02/18/2022   Party(s):   STATE OF MAINE BOARD OF LICESNSURE IN MED
             ATTORNEY - RETAINED ENTERED ON 02/18/2022
             Defendant's Attorney: MICHAEL B MILLER

02/18/2022   HEARING - PRETRIAL/STATUS REQUESTED ON 02/18/2022
             Defendant's Attorney: MICHAEL B MILLER

02/24/2022   Party(s):   MERYL J NASS MD
             OTHER FILING - REPLY MEMORANDUM FILED ON 02/23/2022
             Plaintiff's Attorney: DAVID BAUER

02/24/2022   Party(s):   MERYL J NASS MD
             MOTION - MOTION TO WAIVE ADR FILED ON 02/22/2022
             Plaintiff's Attorney: FLOYD R JENKINS JR

03/04/2022   Party(s):   SUSAN DENCH (DISMISSED)
             ATTORNEY - RETAINED ENTERED ON 03/04/2022
             Defendant's Attorney: MICHAEL B MILLER

03/04/2022   Party(s):   HOLLY FANJOY MD
             ATTORNEY - RETAINED ENTERED ON 03/04/2022
             Defendant's Attorney: MICHAEL B MILLER

03/04/2022   Party(s):   RENEE FAY LEBLANC MD
             ATTORNEY - RETAINED ENTERED ON 03/04/2022
             Defendant's Attorney: MICHAEL B MILLER

03/04/2022   Party(s):   NOEL GENOVA PA
             ATTORNEY - RETAINED ENTERED ON 03/04/2022
             Defendant's Attorney: MICHAEL B MILLER

| 03/04/2022 | Party(s): NOEL GENOVA PA |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): FREDERICK GOGGANS MD |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): GREGORY JAMISON MD |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): NOAH NESIN MD |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): BRAD WADDELL MD |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): LYNNE WEINSTEIN |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): CHRISTOPHER ROSS PA |
| --- | --- |
| | ATTORNEY - RETAINED ENTERED ON 03/04/2022 |
| | Defendant's Attorney: MICHAEL B MILLER |

| 03/04/2022 | Party(s): CHRISTOPHER ROSS PA |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022 |

| 03/04/2022 | Party(s): CHRISTOPHER ROSS PA |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022 |

| 03/04/2022 | Party(s): LYNNE WEINSTEIN |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022 |

| 03/04/2022 | Party(s): LYNNE WEINSTEIN |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022 |

| 03/04/2022 | Party(s): BRAD WADDELL MD |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022 |

| 03/04/2022 | Party(s): BRAD WADDELL MD |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022 |

| 03/04/2022 | Party(s): NOAH NESIN MD |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022 |

| 03/04/2022 | Party(s): NOAH NESIN MD |
| --- | --- |
| | SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022 |

03/04/2022    Party(s):   GREGORY JAMISON MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022

03/04/2022    Party(s):   GREGORY JAMISON MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/04/2022    Party(s):   GREGORY JAMISON MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022

03/04/2022    Party(s):   GREGORY JAMISON MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/04/2022    Party(s):   NOEL GENOVA PA
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022

03/04/2022    Party(s):   NOEL GENOVA PA
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/04/2022    Party(s):   RENEE FAY LEBLANC MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022

03/04/2022    Party(s):   RENEE FAY LEBLANC MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/04/2022    Party(s):   HOLLY FANJOY MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022
AFF OF DENNS E SMITH EXEC DIR BAORD OF LICENSURE IN MEDICINE

03/04/2022    Party(s):   HOLLY FANJOY MD
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/04/2022    Party(s):   SUSAN DENCH (DISMISSED)
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 02/24/2022

03/04/2022    Party(s):   SUSAN DENCH (DISMISSED)
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 03/04/2022

03/08/2022    Party(s):   STATE OF MAINE BOARD OF LICESNSURE IN MED
OTHER FILING - OPPOSING MEMORANDUM FILED ON 03/07/2022
Defendant's Attorney: MICHAEL B MILLER
DEF OPP TO PL MOTION FOR PRELIM INJ AND TRO AND IN OPP FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATIONS

03/08/2022    Party(s):   STATE OF MAINE BOARD OF LICESNSURE IN MED,SUSAN DENCH (DISMISSED),HOLLY FANJOY MD,RENEE FAY LEBLANC MD,NOEL GENOVA PA,NOEL GENOVA PA,FREDERICK GOGGANS MD,GREGORY JAMISON MD,NOAH NESIN MD,BRAD WADDELL MD,LYNNE WEINSTEIN,CHRISTOPHER ROSS PA
RESPONSIVE PLEADING - ANSWER FILED ON 03/07/2022
Defendant's Attorney: MICHAEL B MILLER

AUGSC-CV-2022-00021
DOCKET RECORD

| | |
|---|---|
| 03/08/2022 | ORDER - SCHEDULING ORDER ENTERED ON 03/08/2022<br>WILLIAM STOKES , JUSTICE<br>ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.<br>COPIES TO PARTIES/COUNSEL |
| 03/08/2022 | DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 11/07/2022 |
| 03/08/2022 | ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 03/08/2022<br>WILLIAM STOKES , JUSTICE |
| 04/01/2022 | Party(s):   MERYL J NASS MD<br>OTHER FILING - REPLY MEMORANDUM FILED ON 03/21/2022<br>Plaintiff's Attorney: DAVID BAUER<br>REPLY TO DEFTS OPPOSITION TO PLTFS MOTION FOR INJUNCTIVE RELIEF |
| 04/01/2022 | Party(s):   MERYL J NASS MD<br>MOTION - OTHER MOTION FILED ON 03/21/2022<br>Plaintiff's Attorney: DAVID BAUER<br>MOTION TO ENLARGE PAGE LIMIT |
| 04/01/2022 | FINDING - PARTIAL STIPULATION DISMISSAL FILED ON 03/28/2022<br>AS TO DEFT SUSAN DENCH |
| 04/08/2022 | Party(s):   MERYL J NASS MD<br>MOTION - MOTION TO ADMIT VISIT. ATTY WITHDRAWN ON 04/01/2022 |
| 04/08/2022 | Party(s):   MERYL J NASS MD<br>MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED ON 04/01/2022<br>Plaintiff's Attorney: DAVID BAUER<br>WITH MEMORANDUM OF LAW, DRAFT ORDER, NOTICE OF HEARING |
| 04/11/2022 | Party(s):   MERYL J NASS MD<br>MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 04/08/2022<br>COPIES TO PARTIES/COUNSEL |
| 04/11/2022 | Party(s):   MERYL J NASS MD<br>ATTORNEY - WITHDRAWN ORDERED ON 04/08/2022<br>Plaintiff's Attorney: DAVID BAUER |
| 04/11/2022 | Party(s):   MERYL J NASS MD<br>ATTORNEY - WITHDRAWN ORDERED ON 04/08/2022<br>Plaintiff's Attorney: FLOYD R JENKINS JR |
| 06/08/2022 | Party(s):   MERYL J NASS MD<br>OTHER FILING - ENTRY OF APPEARANCE FILED ON 06/03/2022<br>Plaintiff's Attorney: GENE LIBBY |
| 06/08/2022 | Party(s):   MERYL J NASS MD<br>ATTORNEY - RETAINED ENTERED ON 06/03/2022<br>Plaintiff's Attorney: GENE LIBBY |

| | |
|---|---|
| 06/16/2022 | HEARING - PRETRIAL/STATUS SCHEDULED FOR 07/06/2022 at 10:45 a.m.<br>NOTICE TO PARTIES/COUNSEL |
| 06/16/2022 | HEARING - PRETRIAL/STATUS NOTICE SENT ON 06/16/2022 |
| 10/31/2022 | HEARING - PRETRIAL/STATUS HELD ON 07/06/2022 |
| 11/21/2022 | Party(s):   MERYL J NASS MD<br>MOTION - MOTION TO WAIVE ADR GRANTED ON 11/10/2022<br>WILLIAM STOKES , JUSTICE |
| 11/21/2022 | ORDER - COURT ORDER ENTERED ON 11/10/2022<br>WILLIAM STOKES , JUSTICE<br>ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.<br>COPIES TO PARTIES/COUNSEL<br>PROCEDURAL ORDER |
| 07/06/2023 | ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 07/06/2023<br>JULIA LIPEZ , JUSTICE |
| 10/10/2023 | Party(s):   MERYL J NASS MD,STATE OF MAINE BOARD OF LICESNSURE IN MED,SUSAN DENCH (DISMISSED),HOLLY FANJOY MD,RENEE FAY LEBLANC MD,NOEL GENOVA PA,NOEL GENOVA PA,FREDERICK GOGGANS MD,GREGORY JAMISON MD,NOAH NESIN MD<br>FINDING - STIPULATION OF DISMISSAL FILED ON 07/26/2023 |
| 10/10/2023 | FINDING - FINAL JUDGMENT CASE CLOSED ON 10/10/2023 |