UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| MERYL J. NASS, M.D.,<br><br>　　Plaintiff<br><br>　　v.<br><br>MAINE BOARD OF LICENSURE IN MEDICINE, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 1:23-cv-00321-JDL |

## NOTICE OF APPEARANCE

TO CLERK OF COURT:

　　Please enter my appearance as counsel for Defendants Maine Board of Licensure in Medicine, Maroulla S. Gleaton, M.D., Holly Fanjoy, M.D., Noah Nesin, M.D., Renee Fay-LeBlanc, M.D., Brad E. Waddell, M.D., Gregory Jamison, RPh, Noel Genova, P.A., Lynne M. Weinstein, and Susan Dench.

DATED: October 18, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　AARON M. FREY
　　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　　/s/ *Paul E. Suitter*
　　　　　　　　　　　　　　　　　　　　　Paul E. Suitter
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　paul.suitter@maine.gov
　　　　　　　　　　　　　　　　　　　　　Six State House Station
　　　　　　　　　　　　　　　　　　　　　Augusta, Maine 04333-0006
　　　　　　　　　　　　　　　　　　　　　Tel.  (207) 626-8800
　　　　　　　　　　　　　　　　　　　　　Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 18th day of October, 2023, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

GENE R. LIBBY
glibby@lokllc.com

TYLER J. SMITH
tsmith@lokllc.com

MICHAEL E. SAUCIER
msaucier@lokllc.com

/s/ *Paul E. Suitter*
Paul E. Suitter
Assistant Attorney General