

GENE R. LIBBY, ESQ.
glibby@lokllc.com

July 3, 2024

**VIA CM/ECF**
Christa K. Berry, Clerk
Edward T. Gignoux United States Courthouse
156 Federal Street
Portland, Maine 04101

      **Re:**   *Nass v. Maine Board of Licensure in Medicine, et al*
              **Case No. 1:23-cv-00321-LEW**

Dear Clerk Berry:

      Currently pending in this matter is the Defendants motion to dismiss, which was argued to Judge Levy on January 17, 2024. Judge Levy has since retired, and the case has been reassigned to Judge Walker.

      Considering that the motion to dismiss was argued before Judge Levy, I am writing to determine the status of the matter so that I can advise my client on the possible future course of proceedings. If a status conference or other hearing would be helpful to Judge Walker, we would be happy to participate.

                                    Sincerely,

                                    /s/ Gene R. Libby

                                  Gene R. Libby
                                  ME Bar No. 427

c:    Michael Miller, Esq., AAG (by CM/ECF)
       Meryl J. Nass, M.D. (by email only)

July 3, 2024
Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that, on the date set forth below, I electronically filed the above document with the Clerk of Court using the CM/ECF system which caused a copy of this document to be served electronically on all registered parties and counsel of record.

Dated: July 3, 2024                /s/ Gene R. Libby
                                            Gene R. Libby, Esq. (Bar No. 427)
                                            Attorney for Plaintiff
                                            Libby O'Brien Kingsley & Champion, LLC
                                            62 Portland Road, Suite 17
                                            Kennebunk, ME  04043
                                            (207) 985-1815
                                            glibby@lokllc.com