# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

**Meryl J. Nass, M.D.**,

    Plaintiff,

    v.

**Maine Board of Licensure in Medicine**, et al.

    Defendants.

**Civil Action No. 1:23-cv-321-LEW**

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

NOW COMES Plaintiff, Meryl J. Nass, M.D., and requests that the Court take notice of supplemental authority decided by the First Circuit Court of Appeals as follows:

1. This is, at its core, a First Amendment retaliation case in which Dr. Nass alleges that defendants retaliated against her for speaking out about the governmental response to the COVID-19 pandemic. The Defendants filed a motion to dismiss, arguing in part that they enjoy qualified immunity from Dr. Nass's claims.

2. On July 15, 2024, the First Circuit decided *Berge v. Sch. Comm. of Gloucester*, No. 22-1954, 2024 U.S. App. LEXIS 17241 (1st Cir. July 15, 2024). Like this case, *Berge* involved a First Amendment retaliation claim that was challenged on a motion to dismiss by public officials claiming qualified immunity. The First Circuit held that the public officials in *Berge* were not entitled to qualified immunity.

3. Dr. Nass contends that *Berge* is relevant to the qualified immunity issue presented here, and requests that the Court take notice of *Berge* as it considers the pending motion to dismiss. If the Court believes that supplemental briefing from the parties might be helpful, Dr.

1

Nass proposes that the parties be permitted to submit short (e.g., not to exceed two pages) memos addressing *Berge*'s relevance to the case.

WHEREFORE, Plaintiff requests that the Court accept *Berge v. Sch. Comm. of Gloucester*, No. 22-1954, 2024 U.S. App. LEXIS 17241 (1st Cir. July 15, 2024) as supplemental authority offered by Plaintiff in opposition to the motion to dismiss, and invite supplemental briefing if the Court believes that doing so will be helpful.

Date: July 16, 2024                                             /s/ Tyler J. Smith
                                                                                            Gene R. Libby, Esq. (Bar No. 427)
                                                                                            Tyler J. Smith, Esq. (Bar No. 4526)
                                                                                            Michael E. Saucier, Esq. (Bar No. 353)

LIBBY O'BRIEN KINGSLEY & CHAMPION, LLC
62 Portland Road, Suite 17
Kennebunk, ME 04043
(207) 985-1815
glibby@lokllc.com
tsmith@lokllc.com
msaucier@lokllc.com

## CERTIFICATE OF SERVICE

 I hereby certify that, on the date set forth below, I electronically filed the above document with the Clerk of Court using the CM/ECF system which caused a copy of this document to be served electronically on all registered parties and counsel of record.

Dated:  July 16, 2024          /s/ Tyler J. Smith
                  Tyler J. Smith, Esq. (Bar No. 4526)
                  Attorney for Plaintiff
                  Libby O'Brien Kingsley & Champion, LLC
                  62 Portland Road, Suite 17
                  Kennebunk, ME  04043
                  (207) 985-1815
                  tsmith@lokllc.com